| | |
|---|---|
| Michael B. Wixom, Esq., NV Bar No. 2812 | David Krieger, Esq., NV Bar No. 9086 |
| Katie M. Weber, Esq., NV Bar No. 11736 | HAINES & KRIEGER, LLC |
| SMITH LARSEN & WIXOM | 8985 S. Eastern Avenue |
| 1935 Village Center Circle | Suite 350 |
| Las Vegas, NV 89134 | Las Vegas, Nevada 89123 |
| Telephone: 702-252-5002 | Telephone: 702) 880-5554 ext. 223 |
| Fax: 702-252-5006 | Fax: (702) 967-6665 (direct e-fax) |
| mbw@slwlaw.com | email: dkrieger@hainesandkrieger.com |
| kw@slwlaw.com | |
| -and- | Attorneys for Appellee/Debtor |

John M. O'Neal, Esq., NV Bar No. 5730
QUARLES & BRADY LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ 85004-2391
Telephone: 602-229-5200
Fax: 602-229-5690
John.Oneal@quarles.com

Attorneys for Appellant/Secured Creditor CIT Bank, N.A.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Katherine Griswold-Stanton,<br><br>            Debtor. | District Court Case No. 2:17-cv-02722-JCM<br><br>Bankruptcy Case No. 16-16272-ABL<br><br>Chapter 13 |
| CIT Bank, N.A.,<br><br>            Appellant,<br>v.<br><br>Katherine Griswold-Stanton,<br><br>            Appellee. | **STIPULATION AND ORDER EXTENDING TIME FOR APPELLANT CIT BANK, N.A. TO FILE REPLY BRIEF** |

QB\49918079.1

Appellant CIT Bank, N.A. ("CIT") and Appellee Katherine Griswold-Stanton ("Debtor", and together with CIT, the "Parties") hereby enter into this *Stipulation and Order Extending Time for Appellant CIT Bank, N.A. to File Reply Brief* (the "Stipulation").  The Parties stipulate and agree as follows:

1. This is an appeal from the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court").  CIT appeals two orders entered on the Bankruptcy Court's Docket at Nos. 81 and 86 (together, the "Orders"), which together found that CIT had violated Federal Rule of Bankruptcy Procedure 9011(b)(3) and awarded attorneys' fees to counsel for Katherine Griswold-Stanton (the "Debtor").

2. Under 28 U.S.C. § 157(b)(3) the Bankruptcy Court determined *sua sponte* (and on the record) that it had core jurisdiction to enter the Orders.  Accordingly, the Bankruptcy Court had core jurisdiction pursuant to 28 U.S.C. § 157(b)(2).

3. On October 24, 2017, CIT timely appealed the Orders under Federal Rule of Bankruptcy Procedure 8002(a) and elected to have this Court hear the appeal under 28 U.S.C. § 158(c)(1)(A).  This Court has jurisdiction under 28 U.S.C. § 158(a)(1).

4. On November 28, 2017, the Court entered its Minute Order [Docket No. 4] setting the briefing schedule for the Parties.

5. On December 12, 2017, CIT timely filed its Opening Brief [Docket No. 5] and an accompanying Appendix (Excerpts of Record) [Docket No. 6].  The Debtor filed her Answering Brief on December 20, 2017 [Docket No. 7].

6. Pursuant to the Court's Minute Order, the deadline for CIT to file a Reply Brief is 14 days after Debtor files her Answering Brief.  CIT's Reply Brief is due January 3, 2018. Due to other professional and personal commitments of counsel for CIT, it requests a 9-day extension of time to file its Reply Brief.

7. This is CIT's first request for an extension of time to file its Reply Brief.  Counsel for the Debtor has no objection to this request.

QB\49918079.1

1 | 8. The Debtor and CIT agree to extend the time for CIT to file its Reply Brief by 9
2 | days up to and including January 12, 2018.

Dated: December 21, 2017

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391


By: /s/ John M. O'Neal
    John M. O'Neal, NV Bar No. 5730

  And

Michael B. Wixom, NV Bar No. 2812
Katie M. Weber, NV Bar No. 11736
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, NV 89134

Attorneys for Appellant/Secured Creditor CIT Bank, N.A.

HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Las Vegas, Nevada 89123


By: /s/ David Krieger
    David Krieger, NV Bar No. 9086

Attorneys for Appellee/Debtor

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATE: December 22, 2017